IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERIC JERMAINE KITT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                              CASE NO. 1D14-2349

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed February 10, 2015.

An appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

Nancy A. Daniels, Public Defender, and Colleen Dierdre Mullen, Assistant Public
Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Julian E. Markham and Jay Kubica, Assistant
Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

       AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.